IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Civil Action No. 99–cv–00571–EWN–PAC

AMAZON, INC.,

    Plaintiff,

v.

CANNONDALE CORP. and
DIRT CAMP, INC.,

    Defendants.

---

## MINUTE ORDER

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

Plaintiff's "Unopposed Motion to Withdraw Motion to Remand" (Docket No. 201), filed October 3, 2005, is GRANTED.   Plaintiff's "Motion to Remand" (Docket No. 184) is hereby withdrawn.

November 8, 2005